IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01079-WYD-BNB

FLEET NATIONAL BANK,

    Plaintiff(s),

v.

TIMOTHY J. RIGAS;
THE UNITED STATES ATTORNEY'S OFFICE FOR THE SOUTHERN DISTRICT OF NEW YORK;
JOHN J. RIGAS;
DORIS RIGAS;
ONE BEAVER CREEK ASSOCIATION; and
KAREN SCHEAFFER, in her capacity as Public Trustee of Eagle County, Colorado,

    Defendant(s).
_____

**ORDER OF DISMISSAL**
_____

The plaintiff has filed a Motion to Dismiss Case Without Prejudice on July 12, 2005.  After a careful review of the Motion, the file and the United States' Response, the court concludes that the Motion should be granted and the case should be dismissed without prejudice.  Accordingly, it is

ORDERED that the Motion to Dismiss Case Without Prejudice is GRANTED, and this case is DISMISSED WITHOUT PREJUDICE, each party to pay their own costs and attorney's fees.

Dated:  July 15, 2005

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge